**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| The Free Lance-Star Publishing Co. of ) | |
| Fredericksburg, VA ) | Case No. 14-30315-KLP |
| Debtor ) | Chapter 11 |

### APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **The Free Lance-Star Publishing Co. of Fredericksburg, VA., et al.**

| | |
|---|---|
| Flint Group North America<br>Attn: Judith Cook<br>14909 N. Beck Rd.<br>Plymouth, MI  48170<br>Phone: 734-781-4600<br>Fax: 734-781-4206<br>Email: Judith.cook@flintgrp.com | White Birch Paper Company<br>Attn: Tim Butler<br>80 Field Point Rd<br>Greenwich, CT  06851<br>Phone: 203-661-3344<br>Fax: 203-661-3349<br>Email: timbutler@whitebirchpaper.com |
| Pension Benefit Guaranty Corp.<br>Attn: Christine Tchoi<br>Corporate Finance & Restructuring Department<br>1200 K St., NW<br>Washington, DC  20005<br>Phone: 202-236-4000 ext 3269<br>Fax: 202-842-2643<br>Email: tchoi.christine@pbgc.gov | |

Judy A. Robbins

UNITED STATES TRUSTEE FOR
REGION FOUR

Date: February 14, 2014              By:  /s/ Robert B. Van Arsdale
                                            Robert B. Van Arsdale
                                            Assistant U.S. Trustee

    I hereby certify that a true copy of the foregoing Appointment of Unsecured Creditors Committee was served via electronic delivery, fax or first class mail, postage prepaid, this 14th day of February 2014 to members of the committee as listed above, and counsel for the debtor.

      /s/ Robert B. Van Arsdale
Robert B. Van Arsdale
Assistant U.S. Trustee

Robert B. Van Arsdale, AUST (VBN 17483)
Shannon F. Pecoraro, Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330