# United States Bankruptcy Court
### Eastern District of Virginia

In re  The Free Lance-Star Publishing Co. of Fredericksburg, Va.
Debtor

Case No.  14-30315-KRH

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anne W. Rowe Trust<br>610 Lewis Street<br>Fredericksburg, VA 22401 | Class B Stock | 32.69% | |
| Florence C. Barnick<br>521 Winterberry Drive<br>Fredericksburg, VA 22405 | Class A Stock | 25% | |
| Florence C. Barnick<br>521 Winterberry Drive<br>Fredericksburg, VA 22405 | Class B Stock | 8.66% | |
| Jeanette R. Cadwallender<br>801 Hanover Street<br>Fredericksburg, VA 22401 | Class A Stock | 25% | |
| Jeanette R. Cadwallender<br>801 Hanover Street<br>Fredericksburg, VA 22401 | Class B Stock | 8.66% | |
| Josiah P. Rowe III Trust<br>610 Lewis Street<br>Fredericksburg, VA 22401 | Class B Stock | 32.69% | |
| Josiah P. Rowe, IV<br>57 Hillsboro Drive<br>West Hartford, CT 06107 | Class A Stock | 25% | |
| Josiah P. Rowe, IV<br>57 Hillsboro Drive<br>West Hartford, CT 06107 | Class B Stock | 8.66% | |
| Sallie R. Roberts<br>514 Fairmont Avenue<br>Westfield, NJ 07090 | Class A Stock | 25% | |
| Sallie R. Roberts<br>514 Fairmont Avenue<br>Westfield, NJ 07090 | Class B Stock | 8.66% | |

__0__ continuation sheets attached to List of Equity Security Holders

In re   The Free Lance-Star Publishing Co. of Fredericksburg, Va.                    Case No.  14-30315-KRH
                                                        Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  21 February 2014                    Signature  /s/ Florence C. Barnick
                                                     Florence C. Barnick
                                                     Designated Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.