UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FREE LANCE-STAR PUBLISHING CO. | ) | |
| OF FREDERICKSBURG, VA et al.[1], | ) | Case No. 14-30315-KRH |
| | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 24, 2014 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on March 24, 2014 beginning at 10:00 a.m. Eastern.

**A. Main Case**

1. Motion to Approve *(Motion Of The Debtors For (I) An Order (A) Approving Bidding Procedures, (B) Scheduling Bid Deadline, Auction Date, And Sale Hearing And Approving Form And Manner Of Notice Thereof; And (C) Approving Cure Procedures And The Form And Manner Of Notice Thereof; And (Ii) An Order Approving The Sale Of Certain Of The Debtors Assets Free And Clear Of Liens, Claims And Interests)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.. (Attachments: # 1 Exhibit(s) A # 2 Exhibit(s) B) (Tavenner, Lynn) – CREDIT BID ASPECT OF MOTION AS FURTHER DELINEATED IN THE MEMORANDUM REFERENCED IN RELATED DOCUMENT A BELOW.

    Order Pursuant to 11 U.S.C. 105,363 and 365 and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures; (II) Scheduling Bid Deadline, Auction Date and Sale Hearing and Approving Form and Manner of Notice Thereof; and (III) Granting Related Relief (Related Doc # 18)

    Order Pursuant to 11 U.S.C. 105, 363 and 365 and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures; (II) Scheduling Bid Deadline, Auction Date and Sale Hearing and Approving Form and Manner of Notice Thereof; and (III) Granting Related Relief (Related Doc # 17)

---

[1] Debtor FLS' address and TIN are as follows: 616 Amelia Street, Fredericksburg, VA 22401; 54-0216580; Debtor William Douglas' address and TIN are as follows: 801 Hanover Street, Fredericksburg, VA 22401; 20-4012609.

Related Documents:

a. Memorandum – *DEBTOR'S MEMORANDUM IN SUPPORT OF REQUEST FOR COURT TO DETERMINE CREDIT BID ISSUES AS CONTAINED IN (1) MOTION OF THE DEBTORS FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING BID DEADLINE, AUCTION DATE, AND SALE HEARING AND APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (C) APPROVING CURE PROCEDURES AND THE FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER APPROVING THE SALE OF THE DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTEREST AND (2) RELATED ORDERS* (Re: related document(s)[17] Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
b. Exhibit *A* (Re: related document(s)[122] Memorandum filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
c. Exhibit *B* (Re: related document(s)[122] Memorandum filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
d. Exhibit *C* (Re: related document(s)[122] Memorandum filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
e. Exhibit - *D, E and F* (Re: related document(s)[122] Memorandum filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
f. Exhibit *G* (Re: related document(s)[122] Memorandum filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
g. Verified Statement *of Suzanne Roski* (Re: related document(s)[122] Memorandum filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
h. Order Granting Motion to Expedite Hearing (Related Doc # 12) Hearing scheduled for 3/24/2014 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Responses Filed:   *Memorandum of the Official Committee of Unsecured Creditors (I) in Support of Debtors' (A) Motion to Sell Business Assets and (B) Motion to Sell Tower Assets and (II) in Response to DSP's Motion for Summary Judgment* (Re: related document(s) 17 Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 18 Motion to Approve filed by The

       Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Justin F. Paget of Hunton & Williams LLP on behalf of Official Committee of Unsecured Creditors of the Free Lance-Star Publishing Co. of Fredericksburg, VA., et al.. (Attachments: # 1 Exhibit(s) Exhibit A # 2 Exhibit(s) Exhibit B # 3 Exhibit(s) Exhibit C # 4 Exhibit(s) Exhibit D)

Objection Deadline:   March 21, 2014

Objections Filed:   None at the time of filing this agenda; however, the objection deadline is March 21, 2014.

Status:   The Debtors will request that the Court enter an order (a) limiting the Allowed Credit Bid to the amount the Lender paid for the negotiable instrument executed by one or more of the Debtors in favor of BB&T; (b) determining that the Allowed Credit Bid may not be used in connection with, because Lender does not possess a valid and enforceable lien on, the following: the Tower Assets; the motor vehicles and other titled assets listed in Schedule B and exhibit B25 thereto of Debtor's Schedules filed at Docket #80, and other personal property, including but not limited to, certain life insurance policies, bank accounts and the FCC license; and (c) granting such other and further relief as the Court may deem proper. The Debtors anticipate that the Official Committee of Unsecured Creditors will support the Debtors' request.

**B. Adversary Case 14-03038**
**DSP Acquisition, LLC v The Free Lance-Star Publishing Co. of Fredericksburg, Va. et al.**

2. Motion for Declaratory Judgment - *Plaintiff's Notice of and Motion for Summary Judgment for Declaratory Judgment Determining the Extent, Validity and Priority of DSP Acquisition, LLC's Liens on Substantially All of the Debtors' Assets* (Re: related document(s)1 Complaint filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

Related Documents:

  a. Memorandum *of Law in Support of Plaintiff's Motion for Summary Judgment* (Re: related document(s)10 Motion for Declaratory Judgment filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

3

b. Complaint against The Free Lance-Star Publishing Co. of Fredericksburg, Va., William Douglas Properties, LLC filed by DSP Acquisition, LLC. Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)), (91 (Declaratory judgment)) Associated Bankruptcy Case Number: 3:14-bk-30315

c. Declaration *of Allyson Brunetti in Support of the Complaint and Motion for Summary Judgment* (Re: related document(s)1 Complaint filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC. (Attachments: # 1 Exhibit(s) # 2 Exhibit(s) # 3 Exhibit(s) # 4 Exhibit(s))

d. Exhibit *B through F to Declaration* (Re: related document(s)3 Declaration filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC. (Attachments: # 1 Exhibit(s) # 2 Exhibit(s) # 3 Exhibit(s) # 4 Exhibit(s))

e. Exhibit *G - H(3)* (Re: related document(s)3 Declaration filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC. (Attachments: # 1 Exhibit(s) # 2 Exhibit(s) # 3 Exhibit(s) # 4 Exhibit(s) # 5 Exhibit(s) # 6 Exhibit(s))

f. Exhibit *I through K-4* (Re: related document(s)3 Declaration filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC. (Attachments: # 1 Exhibit(s) # 2 Exhibit(s) # 3 Exhibit(s) # 4 Exhibit(s) # 5 Exhibit(s) # 6 Exhibit(s) # 7 Exhibit(s))

g. Exhibit *L through O* (Re: related document(s)3 Declaration filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC. (Attachments: # 1 Exhibit(s) # 2 Exhibit(s) # 3 Exhibit(s))

h. Motion to Expedite Hearing *and Consideration of Motion for Summary Judgment* (Re: related document(s)10 Motion for Declaratory Judgment filed by DSP Acquisition, LLC,11 Memorandum filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

i. Notice of Hearing *and Notice of Motion* (Re: related document(s)12 Motion to Expedite Hearing filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC. Hearing scheduled for 3/24/2014 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

j. Amended Motion for Declaratory Judgment *(refiled to correct docketing error)* (Re: related document(s)10 Motion for Declaratory Judgment filed by DSP Acquisition, LLC, 16 Notice of Deficient Filing Issued) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

k. Amended Notice of Hearing *(filed to correct Judge's hearing room on Notice)* (Re: related document(s)12 Motion to Expedite Hearing filed by DSP Acquisition, LLC, 13 Notice of Hearing filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC. Hearing scheduled for 3/24/2014 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

l. Corrected Exhibit *I-2 and J-2* (Re: related document(s)3 Declaration filed by DSP Acquisition, LLC, 6 Exhibit filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

m. Corrected Exhibit *J-2* (Re: related document(s)21 Exhibit filed by DSP Acquisition, LLC) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

n. Order Granting Motion to Expedite Hearing (Related Doc # 12) Hearing scheduled for 3/24/2014 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Objection
Deadline:            March 19, 2014

Objections/Responses
Related Motions Filed:

> Memorandum *Response of the Official Committee of Unsecured Creditors to DSP's Motion for Summary Judgment* (Re: related document(s)10 Motion for Declaratory Judgment filed by DSP Acquisition, LLC, 18 Motion for Declaratory Judgment filed by DSP Acquisition, LLC) filed by Justin F. Paget of Hunton & Williams LLP on behalf of Official Committee of Unsecured Creditors of The Free Lance-Star Publishing Co. of Fredericksburg, Virginia.

> Objection to *Opposition to Plaintiffs Motion for Summary Judgment, Cross Motion For Summary Judgment and Memorandum in Support Thereof* (Re: related document(s)10 Motion for Declaratory Judgment filed by DSP Acquisition, LLC, 18 Motion for Declaratory Judgment filed by DSP Acquisition, LLC) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va., William Douglas Properties, LLC. (Attachments: # 1 Exhibit(s) Affidavit) (Tavenner, Lynn)

Status:            The Debtors believe that DSP Acquisition, LLC will request that the Court grant its Motion for Summary Judgment.

   The Debtors and the Official Committee of Unsecured Creditors will request that the Court (1) deny the Motion for Summary Judgment filed by DSP Acquisition, LLC and (2) grant the Debtors' Cross Motion for Summary Judgment.

                              THE FREE LANCE-STAR PUBLISHING CO.
                              OF FREDERICKSBURG, VA INC., and
                              WILLIAM DOUGLAS PROPERTIES, L.L.C.


                              By:   */s/ Paula S. Beran*
                                    Counsel

5

Lynn L. Tavenner (Va. Bar No. 30083)
Paula S. Beran (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Debtors*