UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FREE LANCE-STAR PUBLISHING CO. | ) | |
| OF FREDERICKSBURG, VA et al.[1], | ) | Case No. 14-30315-KRH |
| | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 22, 2014 AT 11:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on May 22, 2014 beginning at 11:00 a.m. Eastern.

1. Motion to Authorize *(Debtors' Motion To Authorize Use Of Cash Collateral And Adequate Protection And Memorandum In Support Thereof)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.

    Related Documents:

    a. Interim Order Authorizing use of Cash Collateral and Granting Adequate Protection. (Related Doc # 14)
    b. Second Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection (Re: related document(s)14 Motion to Authorize filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 58 Order on Motion to Authorize)

---

[1] Debtor FLS' address and TIN are as follows: 616 Amelia Street, Fredericksburg, VA 22401; 54-0216580; Debtor William Douglas' address and TIN are as follows: 801 Hanover Street, Fredericksburg, VA 22401; 20-4012609.

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Debtors*

    c.  Third Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection (Re: related document(s)14 Motion to Authorize filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.)

    Objection Deadline:    May 15, 2014

    Objections/ Responses Filed:

    Objection to Non-Consensual Use of Cash and Non-Cash Collateral (Re: related document(s)<u>14</u> Motion to Authorize filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

    Statement *and Reservation of Rights Regarding the Debtors' Motion to Authorize Use of Cash Collateral and Adequate Protection and Memorandum in Support Thereof* (Re: related document(s)14 Motion to Authorize filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 22 Objection to Motion/Application filed by DSP Acquisition, LLC, 58 Order on Motion to Authorize, 106 Order Directing) filed by William A. Gray of Sands Anderson PC on behalf of DSP Acquisition, LLC.

    Status:    The Debtors, the Official Committee of Unsecured Creditors and DSP Acquisition, LLC are in general agreement that the use of cash collateral should be continued on an interim basis. The Debtors have proposed a form of order to DSP Acquisition, LLC and the Official Committee of Unsecured Creditors with the goal of presenting a consensual order. The Debtors will request entry of an additional interim order.

2.  Motion to Approve *(Motion Of The Debtors For (I) An Order (A) Approving Bidding Procedures, (B) Scheduling Bid Deadline, Auction Date, And Sale Hearing And Approving Form And Manner Of Notice Thereof; And (C) Approving Cure Procedures And The Form And Manner Of Notice Thereof; And (Ii) An Order Approving The Sale Of Certain Of The Debtors Assets Free And Clear Of Liens, Claims And Interests)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.. (Attachments: # 1 Exhibit(s) A # 2 Exhibit(s) B)

Motion to Approve *(Motion Of The Debtors For (I) An Order (A) Approving Bidding Procedures, (B) Scheduling Bid Deadline, Auction Date, And Sale Hearing And Approving Form And Manner Of Notice Thereof; And (C) Approving Cure Procedures And The Form And Manner Of Notice Thereof; And (Ii) An Order Approving The Sale Of Tower Assets Of The Debtors Free And Clear Of Liens, Claims And Interests)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.. (Attachments: # 1 Exhibit(s) A # 2 Exhibit(s) B)

Related Documents:

a. Order Pursuant to 11 U.S.C. 105,363 and 365 and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures; (II) Scheduling Bid Deadline, Auction Date and Sale Hearing and Approving Form and Manner of Notice Thereof; and (III) Granting Related Relief (Related Doc # 18)
b. Order Pursuant to 11 U.S.C. 105, 363 and 365 and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures; (II) Scheduling Bid Deadline, Auction Date and Sale Hearing and Approving Form and Manner of Notice Thereof; and (III) Granting Related Relief (Related Doc # 17)
c. Memorandum – *DEBTOR'S MEMORANDUM IN SUPPORT OF REQUEST FOR COURT TO DETERMINE CREDIT BID ISSUES AS CONTAINED IN (1) MOTION OF THE DEBTORS FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES, (B) SCHEDULING BID DEADLINE, AUCTION DATE, AND SALE HEARING AND APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (C) APPROVING CURE PROCEDURES AND THE FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER APPROVING THE SALE OF THE DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTEREST AND (2) RELATED ORDERS* (Re: related document(s)[17] Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.
d. Memorandum Opinion (Re: related document(s)17 Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 18 Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 111 Order on Motion to Approve, 112 Order on Motion to Approve)
e. Order (see order for specifics)(Re: related document(s)17 Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 18 Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 111 Order on Motion to Approve, 112 Order on Motion to Approve)
f. Statement *(Schedule Of Executory Contracts And Unexpired Leases)* (Re: related document(s)111 Order on Motion to Approve, 112 Order on Motion to Approve) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of The Free Lance-Star Publishing Co. of Fredericksburg, Va.

Objection Deadline:            May 15, 2014

Objections Filed:    Objection *of DSP Acquisition, LLC to Debtors' Sale Motions* (Re: related document(s)17 Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va., 18 Motion to Approve filed by The Free Lance-Star Publishing Co. of Fredericksburg, Va.) filed by Dion W. Hayes of McGuire Woods LLP on behalf of DSP Acquisition, LLC

3

    Status:                    Pursuant to orders of this Court, the Debtors will provide a report about the sale process including, but not limited to, the results of the auction. The Debtors will also request that the Court grant the requested relief. The Debtors and the Official Committee of Unsecured Creditors are in agreement with the requisite form of Order granting said relief. The Debtors and the Official Committee of Unsecured Creditors are in discussions with the potential purchaser(s) and DSP Acquisition, LLC regarding the form of the Order.

3. Debtors' Motion for Expedited Hearing on Debtors' Motion for an Order Under Bankruptcy Code Section 1121(d) Extending Exclusive Periods During Which Debtors May File and Solicit Acceptances of a Plan

    Related Documents:     Notice of Motions and Expedited Hearing Request

    Objection Deadline:       Hearing on May 22, 2014

    Status:                    With the consent of the Official Committee of Unsecured Creditors, the Debtors will request that the Court grant the motion.

4. Debtors' Motion For An Order Under Bankruptcy Code Section 1121(D) Extending Exclusive Periods During Which Debtors May File And Solicit Acceptances Of A Plan

    Related Documents:     Notice of Motions and Expedited Hearing Request

    Objection Deadline:       Hearing on May 22 , 2014

    Status:                    If the Court grants the relief requested in item number 3 above, the Debtors, with the consent of the Official Committee of Unsecured Creditors, will request that the Court grant this motion as well.

                                                THE FREE LANCE-STAR PUBLISHING CO.
OF FREDERICKSBURG, VA INC., and
WILLIAM DOUGLAS PROPERTIES, L.L.C.

                                                By: */s/ Paula S. Beran*
                                                      Counsel

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Debtors*