**EXHIBIT A**

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

November 6, 2014

VA Newspaper Debtor Co.
Attn: Florence Barnick
607 William Street, Suite 101
Fredericksburg, VA  22401

| | |
|---|---|
| Client No.: | 073108 |
| Matter No.: | 0150694 |
| | E.G. Hester |

For legal services rendered through September 30, 2014 in connection with:

Possible Sale of Assets

**AD    ASSET DISPOSITION**

| | | |
|---|---|---|
| 07/07/14 | Review emails from L. Alsop and R. Bernstein regarding Dominion bill and refund and emails from F. Barnick regarding access to radio | |
| | E.G. Hester | 0.30 hrs. |
| 07/08/14 | Emails and telephone conferences with F. Barnick regarding PBGC filing and other post closing matters | |
| | E.G. Hester | 0.30 hrs. |
| 07/13/14 | Review email from F. Barnick regarding parking lot issue and forward to A. Crenshaw | |
| | E.G. Hester | 0.20 hrs. |
| 07/13/14 | Review emails from L. Alsop and A. Loza regarding check and 401(K) payment issues | |
| | E.G. Hester | 0.10 hrs. |
| 07/14/14 | Review letter agreement re: parking liability and communications with related thereto | |
| | A.K. Crenshaw | 0.70 hrs. |
| 07/14/14 | Email F. Barnick regarding parking lot insurance issue | |
| | E.G. Hester | 0.10 hrs. |
| 07/15/14 | Emails with F. Barnick regarding DSP Amendment to FCC Application | |
| | E.G. Hester | 0.20 hrs. |
| 07/28/14 | Review and respond to emails from F. Barnick regarding William Street Building | |
| | E.G. Hester | 0.30 hrs. |
| 07/31/14 | Conference with R. Bernstein regarding status of FCC approval and true-up | |
| | E.G. Hester | 0.20 hrs. |
| 07/31/14 | Telephone conference with A. Loza regarding true-up | |
| | E.G. Hester | 0.10 hrs. |
| 08/01/14 | Exchange of e-mail correspondence with F. Barnick regarding retention of I-9 forms | |
| | R.C. Sparks | 0.20 hrs. |

VA NEWSPAPER DEBTOR CO.                                                                  November 6, 2014

**AD     ASSET DISPOSITION**

| | | |
|---|---|---|
| 08/18/14 | Review emails and telephone conference with R. Bernstein regarding Station Operating Agreement invoice | |
| | E.G. Hester | 0.40 hrs. |
| 08/18/14 | Telephone conference and review email from A. Loza regarding Station Operating Agreement invoice | |
| | E.G. Hester | 0.20 hrs. |
| 08/18/14 | Telephone conference with F. Barnick regarding questions raised by R. Bernstein | |
| | E.G. Hester | 0.30 hrs. |
| 08/20/14 | Email R. Bernstein regarding Station Operating Agreement issues and forward to P. Beran | |
| | E.G. Hester | 0.30 hrs. |
| 08/22/14 | Review and respond to e-mails from R. Bernstein regarding Station Management Agreement issues | |
| | E.G. Hester | 0.60 hrs. |
| 08/22/14 | Telephone conference with P. Beran regarding outstanding issues with DSP, William Street and Radio Station Management | |
| | E.G. Hester | 0.40 hrs. |
| 08/26/14 | Communications with E.G. Hester re status of transfer of Washington Street property; communications with P. Beran re title issues and related matters; communications with and telephone conference with J. McManus re transfer; communications with S. Boehme related thereto | |
| | A.K. Crenshaw | 1.30 hrs. |
| 08/29/14 | Review and respond to e-mail from A. Loza regarding Station Operating Agreement and invoice | |
| | E.G. Hester | 0.20 hrs. |
| 09/02/14 | Review e-mail from A. Loza regarding August billing under Station Operating Agreement; e-mail from P. Beran regarding unpaid assumed liabilities and e-mails from F. Barnick and R. Bernstein regarding communications between G. Carr and F. Barnick | |
| | E.G. Hester | 0.50 hrs. |
| 09/03/14 | E-mail from R. Bernstein; telephone conference with A. Loza regarding NDAs | |
| | E.G. Hester | 0.40 hrs. |
| 09/03/14 | E-mail from S. Roski; telephone conference with P. Beran regarding unpaid assumed liabilities | |
| | E.G. Hester | 0.40 hrs. |
| 09/03/14 | Draft and send e-mail to R. Bernstein regarding NDA's and unpaid liabilities | |
| | E.G. Hester | 0.20 hrs. |
| 09/03/14 | Review buyer revisions to True-Up calculation | |
| | E.G. Hester | 0.20 hrs. |
| 09/04/14 | Review further e-mails regarding unpaid assumed liabilities and telephone conference with S. Roski | |
| | E.G. Hester | 0.40 hrs. |
| 09/04/14 | E-mail P. Beran and forward e-mail regarding status of Alfaro lien to R. Bernstein | |
| | E.G. Hester | 0.20 hrs. |

FEDERAL TAX ID# 54-1186543        POST OFFICE BOX 3037        NORFOLK, VIRGINIA 23514        (757) 624-3000

VA NEWSPAPER DEBTOR CO.                                                                                     November 6, 2014

**AD    ASSET DISPOSITION**

| | | |
|---|---|---|
| 09/05/14 | Telephone conferences and e-mails with R. Bernstein and Protiviti regarding NDA's | |
| | E.G. Hester | 0.50 hrs. |
| 09/05/14 | E-mails with R. Bernstein regarding foreclosure on Alfaro property | |
| | E.G. Hester | 0.20 hrs. |
| 09/08/14 | Communications with counsel re: appropriate grantee on William Street property | |
| | A.K. Crenshaw | 0.30 hrs. |
| 09/08/14 | E-mails with R. Bernstein regarding miscellaneous matters including e-mails requested by DSP and FCC Assignment | |
| | E.G. Hester | 0.20 hrs. |
| 09/08/14 | Telephone conferences with N. Cadwallender and F. Barnick regarding e-mails requested by DSP | |
| | E.G. Hester | 0.40 hrs. |
| 09/08/14 | E-mail with F. Barnick regarding requests from R. Bernstein | |
| | E.G. Hester | 0.10 hrs. |
| 09/09/14 | Communications with R. Bernstein re: grantee; telephone conference with J. McManus, counsel for Wack; communications with P. Beran and E. Hester related thereto | |
| | A.K. Crenshaw | 0.50 hrs. |
| 09/09/14 | E-mails with F. Barnick, E. David and R. Bernstein regarding FCC Assignment | |
| | E.G. Hester | 0.30 hrs. |
| 09/09/14 | Review and respond to e-mails from A. Loza regarding True Up | |
| | E.G. Hester | 0.20 hrs. |
| 09/09/14 | Review and respond to e-mails from F. Barnick regarding Station Operating Agreement | |
| | E.G. Hester | 0.20 hrs. |
| 09/09/14 | Review and respond to e-mails from A. Crenshaw regarding William Street status | |
| | E.G. Hester | 0.20 hrs. |
| 09/10/14 | E-mails to and from R. Bernstein regarding E. David's comments on FCC License Assignment Agreement | |
| | E.G. Hester | 0.20 hrs. |
| 09/11/14 | Communications with F. Barnick, E. Hester and P. Beran re: status of closing on William Street property, request for R. Bernstein to advise what entity will take title; telephone conference with J. McManus, counsel for Wack related thereto | |
| | A.K. Crenshaw | 0.50 hrs. |
| 09/11/14 | E-mails with F. Barnick regarding William Street Executive Building, elevator issues, status of Wack contract and DSP assets left in building | |
| | E.G. Hester | 0.40 hrs. |
| 09/16/14 | Telephone conference with F. Barnick regarding e-mails and other requests from DSP | |
| | E.G. Hester | 0.30 hrs. |
| 09/16/14 | Draft e-mail to R. Bernstein regarding e-mails and other documents requested by DSP | |
| | E.G. Hester | 0.60 hrs. |
| 09/17/14 | Telephone conference with A. Loza and B. Barry and follow up with A. Loza regarding question regarding workman's compensation issue | |
| | E.G. Hester | 0.30 hrs. |

VA NEWSPAPER DEBTOR CO.                                                                                November 6, 2014

**AD     ASSET DISPOSITION**

| | | |
|---|---|---|
| 09/17/14 | E-mails with F. Barnick regarding FCC license renewal logistics | |
| | E.G. Hester | 0.20 hrs. |
| 09/18/14 | Review email from R. Bernstein regarding emails, etc. and forward; telephone conference with L. Tavenner regarding same | |
| | E.G. Hester | 0.30 hrs. |
| 09/18/14 | Telephone conference with N. Cadwallender regarding e-mails requested by DSP | |
| | E.G. Hester | 0.10 hrs. |
| 09/18/14 | Telephone conferences and e-mails with F. Barnick regarding e-mails requested by DSP | |
| | E.G. Hester | 0.30 hrs. |
| 09/19/14 | Telephone conference with J. Cadwallender; call to F. Barnick regarding e-mails | |
| | E.G. Hester | 0.20 hrs. |
| 09/22/14 | Review disc of emails from N. Cadwallender | |
| | E.G. Hester | 0.50 hrs. |
| 09/23/14 | Communications with S. Boehm, counsel for DSP re: order | |
| | A.K. Crenshaw | 0.10 hrs. |
| 09/23/14 | Communications with F. Barnick and J. Scully re: William Street Contract | |
| | A.K. Crenshaw | 0.30 hrs. |
| 09/23/14 | Review William Street Contract | |
| | A.K. Crenshaw | 0.30 hrs. |
| 09/23/14 | Communications with P. Beran and J. Scully re: commission issues in order | |
| | A.K. Crenshaw | 0.20 hrs. |
| 09/23/14 | Communications with R. Westerman re: William Street Contract | |
| | A.K. Crenshaw | 0.20 hrs. |
| 09/23/14 | Emails and telephone conferences with F. Barnick regarding William Street Contract, DSP requests for copies of documents and access to accountants, status of email review and production | |
| | E.G. Hester | 0.50 hrs. |
| 09/24/14 | Communications with J. McManus with Amended and Restated William Street Contract | |
| | A.K. Crenshaw | 0.30 hrs. |
| 09/24/14 | Communications with S. Boehm re: additional modification to William Street Contract | |
| | A.K. Crenshaw | 0.30 hrs. |
| 09/24/14 | Communications with P. Beran and L. Tavenner with draft order for US Bankruptcy Court; contradicts contractual terms | |
| | A.K. Crenshaw | 0.40 hrs. |
| 09/24/14 | Numerous communications with J. Scully, E. Hester and P. Beran and L. Tavenner related thereto; communications with J. Scully re: acceptable for F. Barnick to execute contract | |
| | A.K. Crenshaw | 0.90 hrs. |
| 09/24/14 | Telephone conference with P. Beran and L. Tavenner re: resolution | |
| | A.K. Crenshaw | 0.20 hrs. |
| 09/25/14 | Receipt and review of executed contract | |
| | A.K. Crenshaw | 0.10 hrs. |

VA NEWSPAPER DEBTOR CO.                                                                November 6, 2014

**AD     ASSET DISPOSITION**

| | | | |
|---|---|---|---|
| 09/25/14 | Communications with J. McManus related to William Street Contract | | |
| | A.K. Crenshaw | 0.10 hrs. | |
| 09/25/14 | Review contract re: contingencies and communications with J. McManus related thereto | | |
| | A.K. Crenshaw | 0.50 hrs. | |
| 09/25/14 | Conference with F. Barnick and telephone conference with N. Cadwallender regarding emails; work on transfer to DSP | | |
| | E.G. Hester | 0.50 hrs. | |
| 09/29/14 | Telephone conferences and e-mails with F. Barnick regarding business e-mails to be delivered to DSP; set up new Gmail account and calls with IT department regarding process for receiving and reviewing e-mails from client | | |
| | E.G. Hester | 1.50 hrs. | |
| 09/29/14 | E-mails with N. Cadwallender regarding his business e-mails to be delivered to DSP | | |
| | E.G. Hester | 0.20 hrs. | |
| **TOTAL FOR ASSET DISPOSITION** | | **22.30** | **$9,667.50** |

**CA     CASE ADMINISTRATION**

| | | | |
|---|---|---|---|
| 09/25/14 | Attend hearing regarding disclosure statement and fee applications | | |
| | E.G. Hester | 1.00 hrs. | |
| 09/25/14 | Conferences at Tavenner & Beran with P. Beran, L. Tavenner, S. Roski and F. Barnick regarding remaining issues and wind up | | |
| | E.G. Hester | 1.00 hrs. | |
| **TOTAL FOR CASE ADMINISTRATION** | | **2.00** | **$950.00** |

**CG&B CORPORATE GOVERNANCE AND BOARD MATTERS**

| | | | |
|---|---|---|---|
| 07/01/14 | Emails with P. Beran regarding FLS officer status | | |
| | E.G. Hester | 0.10 hrs. | |
| 07/02/14 | Coordinate pickup of certified articles | | |
| | J.M. Shornak | 0.10 hrs. | |
| **TOTAL FOR CORPORATE GOVERNANCE AND BOARD MATTERS** | | **0.20** | **$66.00** |

**EB&P EMPLOYEE BENEFITS/PENSIONS**

| | | | |
|---|---|---|---|
| 07/01/14 | Emails with R. Johnson regarding follow up on benefits documents | | |
| | E.G. Hester | 0.20 hrs. | |
| 07/01/14 | Correspondence with E. Hester and A. Graw regarding execution of FSA plan document; review status of United stop-loss assignments | | |
| | R.Q. Johnson | 0.20 hrs. | |
| 07/02/14 | Telephone conference and emails with R. Johnson and R. Bernstein regarding benefit plan clean up | | |
| | E.G. Hester | 0.30 hrs. | |

**EB&P EMPLOYEE BENEFITS/PENSIONS**

| | | | |
|---|---|---|---|
| 07/02/14 | Correspondence with E. Hester regarding execution of FSA plan document; send same for execution; telephone call with E. Hester updating on status of all outstanding benefit plan items | | |

A-5

VA NEWSPAPER DEBTOR CO.                                                                 November 6, 2014

|          |                                                                                                                                                                                                                                                        |           |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.30 hrs. |
| 07/07/14 | Emails with R. Johnson regarding benefits plan documents follow up                                                                                                                                                                                      |           |
|          | E.G. Hester                                                                                                                                                                                                                                            | 0.20 hrs. |
| 07/07/14 | Correspondence with United regarding status of stop-loss policy assignment; follow up with A. Graw and C. Ellis regarding execution of outstanding plan documents and assignments; correspondence with E. Hester regarding same                        |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.50 hrs. |
| 07/08/14 | Review timeline for filing Form 601 with PBGC; correspondence with H. Ghazi of Milliman regarding status of actuarial report for PBGC filing; correspondence with E. Hester and F. Barnick regarding status of Form 601 and actuarial report and filing of same |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.50 hrs. |
| 07/09/14 | Correspondence with F. Barnick regarding Form 601 filing with PBGC and follow-up of same; review PBGC instructions for filing and following up with same                                                                                               |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.30 hrs. |
| 07/10/14 | Correspondence with United regarding stop-loss policy revisions                                                                                                                                                                                         |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.10 hrs. |
| 07/11/14 | Review correspondence between client and PBGC regarding trusteeship agreement and status of plan takeover; review status of Lincoln and United plan documents                                                                                          |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.50 hrs. |
| 07/15/14 | Correspondence with A. Graw and C. Ellis regarding post-closing items; correspondence to United regarding stop-loss policy assignment; follow-up with A. Graw regarding confirmation of executed plan documents                                        |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.50 hrs. |
| 07/16/14 | Receive and review mandated United stop-loss policy and application for same; review status of all post-closing plan documents; correspondence with A. Graw, C. Ellis, and E. Hester regarding finalization of all assigned benefit plans              |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.50 hrs. |
| 07/23/14 | Review correspondence with F. Barnick regarding pension plan administration; correspondence to same and Protiviti regarding continued plan administration until PBGC sponsorship; review trustee payment; correspondence with F. Barnick regarding status of PBGC trusteeship |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.50 hrs. |
| 07/28/14 | Emails from and to F. Barnick regarding Wells Coleman rep letter regarding employee benefits                                                                                                                                                           |           |
|          | E.G. Hester                                                                                                                                                                                                                                            | 0.30 hrs. |
| 07/28/14 | Communication with Bitsy Hester re: 401(k) plan                                                                                                                                                                                                        |           |
|          | R.C. Mapp, III                                                                                                                                                                                                                                         | 0.20 hrs. |
| 07/28/14 | Review correspondence regarding 401(k) plan audit and management representations; correspondence with E. Hester and F. Barnick regarding same                                                                                                          |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.30 hrs. |
| 07/28/14 | Receive and review draft 2013 audited financial statements for pension plan and audit notes regarding same                                                                                                                                              |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 1.00 hrs. |
| 07/28/14 | Follow-up correspondence with F. Barnick regarding audited financial statements and notes                                                                                                                                                              |           |
|          | R.Q. Johnson                                                                                                                                                                                                                                           | 0.20 hrs. |

A-6

VA NEWSPAPER DEBTOR CO.                                                                 November 6, 2014

**EB&P EMPLOYEE BENEFITS/PENSIONS**

| Date | Description | | |
|---|---|---|---|
| 07/28/14 | Client correspondence regarding status of signed documents | | |
| | R.Q. Johnson | 0.10 hrs. | |
| 07/29/14 | Emails with R. Johnson and F. Barnick regarding disposition of pension files and pension financial statements | | |
| | E.G. Hester | 0.40 hrs. | |
| 07/29/14 | Correspondence with F. Barnick regarding audited financial statements, employee pension records, and PBGC status | | |
| | R.Q. Johnson | 0.50 hrs. | |
| 08/01/14 | Correspondence with F. Barnick regarding workers' compensation hearing and transfer to new company; review terms of assumed liabilities under APA; correspondence with F. Barnick and A. Smith regarding contact with insurance carrier | | |
| | R.Q. Johnson | 0.50 hrs. | |
| 08/04/14 | Receive and initially review PBGC's draft disclosure statement regarding pension plan | | |
| | R.Q. Johnson | 0.50 hrs. | |
| 08/05/14 | Further review of PBGC disclosure statement draft; review impact of same; correspondence with bankruptcy counsel regarding same | | |
| | R.Q. Johnson | 0.50 hrs. | |
| 08/25/14 | Correspondence with F. Barnick and H. Ghazi of Milliman regarding former pension plan participant with missing records; review impact of same; client correspondence with recommendations and potential past payout of employee | | |
| | R.Q. Johnson | 1.00 hrs. | |
| 08/27/14 | Correspondence with F. Barnick regarding pension participants and prior payouts of former employees | | |
| | R.Q. Johnson | 0.20 hrs. | |
| 08/28/14 | Correspondence with new FLS regarding prior pension payouts and obtaining records of same | | |
| | R.Q. Johnson | 0.20 hrs. | |
| 09/05/14 | Review correspondence from PBGC re: distress termination; communication with Florence Barnick | | |
| | R.C. Mapp, III | 0.50 hrs. | |
| 09/05/14 | Correspondence with R. Mapp and F. Barnick regarding PBGC trusteeship agreement and review of same; initial review of PBGC correspondence regarding sufficiency of distress termination and proposed trusteeship agreement; review potential issues in same; correspondence with E. Hester regarding settlement of PBGC claims | | |
| | R.Q. Johnson | 1.00 hrs. | |
| 09/08/14 | Review of PBGC determination letter and trustee and plan termination agreement | | |
| | L.P. Robertson | 0.20 hrs. | |
| 09/08/14 | Correspondence with L. Robertson regarding PBGC trusteeship agreement and proceeding with same; client correspondence regarding sufficiency of same | | |
| | R.Q. Johnson | 0.50 hrs. | |
| 09/22/14 | Emails with F. Barnick regarding pension | | |
| | E.G. Hester | 0.20 hrs. | |
| 09/22/14 | Review e-mail from Florence re: lost data files on retiring employee | | |
| | R.C. Mapp, III | 0.30 hrs. | |

VA NEWSPAPER DEBTOR CO.                                                                      November 6, 2014

**EB&P EMPLOYEE BENEFITS/PENSIONS**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 09/29/14 | E-mails with F. Barnick regarding pension records | E.G. Hester | 0.20 hrs. |
| 09/30/14 | Client correspondence regarding plan operations and filings after PBGC assumption of pension plan under trusteeship agreement | R.Q. Johnson | 0.20 hrs. |

**TOTAL FOR EMPLOYEE BENEFITS/PENSIONS**      13.60      $3,722.00

**FA    FEE APPLICATION**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 07/03/14 | FLS Bill prep | E.G. Hester | 0.80 hrs. |
| 07/15/14 | Review and respond to issue on K&C Fee Application | D.T. Lewandowski | 0.10 hrs. |
| 07/16/14 | Begin preparation of second quarter fee application | E.G. Hester | 0.50 hrs. |
| 07/28/14 | Review and revise Fee Application | E.G. Hester | 0.80 hrs. |
| 07/29/14 | Further revisions to fee application and telephone conference with P. Beran regarding same | E.G. Hester | 0.40 hrs. |
| 07/30/14 | Finalize fee application; conference with T. Frank regarding same and email to P. Beran | E.G. Hester | 0.90 hrs. |
| 07/30/14 | Reviewed draft fee application | T.C. Frank | 0.40 hrs. |
| 07/31/14 | File interim fee application | T.C. Frank | 0.30 hrs. |
| 08/01/14 | Telephone conference with bankruptcy clerk; telephone conference with P. Beran, Esq.; re-file interim fee application | T.C. Frank | 0.20 hrs. |

**TOTAL FOR FEE APPLICATION**      4.40      $1,972.50

**LIT3    LIEN PRIORITY PROCEEDINGS**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 07/01/14 | Emails with R. Bernstein and telephone conference with S. Roski regarding cash estimates; emails to P. Beran | E.G. Hester | 0.80 hrs. |
| 07/02/14 | Conference call with S. Roski and R. Bernstein regarding cash estimates | E.G. Hester | 0.50 hrs. |
| 07/02/14 | Follow up emails with R. Bernstein regarding cash | E.G. Hester | 0.20 hrs. |
| 07/02/14 | Telephone conference with F. Barnick regarding email sorting | E.G. Hester | 0.30 hrs. |
| 07/03/14 | Telephone conference with N. Cadwallender regarding status of email sorting | E.G. Hester | 0.20 hrs. |
| 07/07/14 | Emails with F. Barnick regarding second lien asset | E.G. Hester | 0.20 hrs. |

FEDERAL TAX ID# 54-1186543        POST OFFICE BOX 3037        NORFOLK, VIRGINIA 23514        (757) 624-3000

VA NEWSPAPER DEBTOR CO.                                                                                          November 6, 2014

**LIT3    LIEN PRIORITY PROCEEDINGS**

| | | |
|---|---|---|
| 07/08/14 | Telephone conference and review email from R. Bernstein regarding possible settlement | |
| | E.G. Hester | 0.50 hrs. |
| 07/08/14 | Telephone conference with P. Beran regarding possible settlement | |
| | E.G. Hester | 0.30 hrs. |
| 07/08/14 | Review follow up emails from R. Bernstein regarding proposed settlement and path forward | |
| | E.G. Hester | 0.50 hrs. |
| 07/08/14 | Telephone call with P. Beran and L. Tavenner re: possible settlement | |
| | E.G. Hester | 0.40 hrs. |
| 07/08/14 | Follow up call with P. Beran, L. Tavenner and T. Brown re: possible settlement | |
| | E.G. Hester | 0.50 hrs. |
| 07/08/14 | Emails with P. Beran and draft response to R. Bernstein | |
| | E.G. Hester | 1.10 hrs. |
| 07/08/14 | Review and respond to R. Bernstein's email regarding N. Cadwallender claim and telephone conferences with P. Beran and N. Cadwallender regarding same | |
| | E.G. Hester | 0.40 hrs. |
| 07/09/14 | Telephone conference with P. Beran regarding Bernstein response | |
| | E.G. Hester | 0.30 hrs. |
| 07/09/14 | Telephone conference with P. Beran regarding call with PBGC re: possible settlement | |
| | E.G. Hester | 0.20 hrs. |
| 07/09/14 | Telephone conference with R. Bernstein regarding issues with procedures | |
| | E.G. Hester | 0.60 hrs. |
| 07/09/14 | Telephone conference with P. Beran and L. Tavenner; add J. Breen (PBGC) re: possible settlement | |
| | E.G. Hester | 0.60 hrs. |
| 07/09/14 | Follow up emails to J. Breen and R. Bernstein re: settlement | |
| | E.G. Hester | 0.30 hrs. |
| 07/09/14 | Finalize and send response to R. Bernstein regarding next steps | |
| | E.G. Hester | 0.50 hrs. |
| 07/09/14 | Review R. Bernstein response, respond and forward to P. Beran | |
| | E.G. Hester | 0.30 hrs. |
| 07/11/14 | Review draft settlement letter; telephone conferences with P. Beran regarding issues and response | |
| | E.G. Hester | 1.30 hrs. |
| 07/14/14 | Review draft Settlement Agreement and email to P. Beran | |
| | E.G. Hester | 1.00 hrs. |
| 07/14/14 | Review email from R. Bernstein regarding DSP settlement response and forward to P. Beran | |
| | E.G. Hester | 0.40 hrs. |
| 07/15/14 | Emails with R. Bernstein, P. Beran and A. Loza; telephone conference with A. Loza regarding update to Wind Down budget | |
| | E.G. Hester | 0.40 hrs. |

VA NEWSPAPER DEBTOR CO.                                                                                           November 6, 2014

**LIT3     LIEN PRIORITY PROCEEDINGS**

| Date | Description | | |
|---|---|---|---|
| 07/15/14 | Telephone conferences with P. Beran regarding status of conversations and issues regarding settlement and comments on revised draft | | |
| | E.G. Hester | 0.60 hrs. | |
| 07/15/14 | Review of draft settlement agreement and related documents | | |
| | E.G. Hester | 2.20 hrs. | |
| 07/16/14 | Review and mark up Hunton & Williams revised draft settlement agreement | | |
| | E.G. Hester | 1.20 hrs. | |
| 07/16/14 | Conference call with P. Beran, L. Tavenner, A. Loza and S. Roski regarding settlement agreement | | |
| | E.G. Hester | 0.60 hrs. | |
| 07/16/14 | Review revised wind down budget and conference call with A. Loza, S. Roski, P. Beran and J. Paget regarding budget, settlement agreement and issues | | |
| | E.G. Hester | 1.80 hrs. | |
| 07/16/14 | Review email from J. Paget re: settlement issues | | |
| | E.G. Hester | 0.20 hrs. | |
| 07/17/14 | Review Hunton & Williams' revised draft settlement agreement and Protiviti bridge on wind down budget and prepare for call with PBGC | | |
| | E.G. Hester | 0.80 hrs. | |
| 07/17/14 | Conference call with P. Beran, S. Roski, K. Neureiter (PBGC), and J. Breen (PBGC) regarding wind down budget, bridge and settlement agreement | | |
| | E.G. Hester | 1.40 hrs. | |
| 07/17/14 | Draft email and send updated budget to R. Bernstein | | |
| | E.G. Hester | 0.20 hrs. | |
| 07/17/14 | Telephone conferences with S. Roski; telephone conference and emails with R. Bernstein and conference call with R. Bernstein, S. Roski, A. Loza, J. Breen and K. Neureiter regarding updated budget | | |
| | E.G. Hester | 1.10 hrs. | |
| 07/17/14 | Telephone conference with P. Beran regarding status and issues with litigation, July 22 and July 24 hearings | | |
| | E.G. Hester | 0.30 hrs. | |
| 07/17/14 | Review emails regarding revised draft settlement agreement | | |
| | E.G. Hester | 0.30 hrs. | |
| 07/18/14 | Communications with E. Hester re: hearings in US Bankruptcy Court | | |
| | A.K. Crenshaw | 0.60 hrs. | |
| 07/18/14 | Emails with R. Bernstein regarding status of settlement discussions | | |
| | E.G. Hester | 0.20 hrs. | |
| 07/18/14 | Telephone conference with P. Beran regarding status | | |
| | E.G. Hester | 0.20 hrs. | |
| 07/19/14 | Review revised draft Settlement Agreement as sent to DSP by PBGC and Debtor's responses to DSP Motions as filed in adversary proceeding and main case 7/18 | | |
| | E.G. Hester | 1.60 hrs. | |
| 07/21/14 | Review DSP revised draft Settlement Agreement | | |
| | E.G. Hester | 0.80 hrs. | |
| 07/21/14 | Telephone conference with P. Beran regarding draft settlement and status | | |
| | E.G. Hester | 0.50 hrs. | |

VA NEWSPAPER DEBTOR CO.                                                                                       November 6, 2014

**LIT3      LIEN PRIORITY PROCEEDINGS**

| Date | Description | | |
|---|---|---|---|
| 07/21/14 | Email comments to P. Beran regarding draft settlement | | |
| | E.G. Hester | 0.40 hrs. | |
| 07/22/14 | Conference at Tavenner & Beran and attend hearing regarding DSP motion on "mandate" | | |
| | E.G. Hester | 3.00 hrs. | |
| 07/22/14 | Post hearing conference with P. Beran, L. Tavenner and S. Roski and telephone conference with A. Loza regarding wind down budget and revised draft settlement agreement | | |
| | E.G. Hester | 2.30 hrs. | |
| 07/22/14 | Review and mark updated wind down budget from A. Loza | | |
| | E.G. Hester | 0.30 hrs. | |
| 07/23/14 | Review docket for US Bankruptcy Court re: hearings scheduled for 7/24/14; communications with E. Hester related to potential settlement and removal from docket | | |
| | A.K. Crenshaw | 0.70 hrs. | |
| 07/23/14 | Review revised draft settlement agreement from D. Hayes and telephone conference with P. Beran regarding same | | |
| | E.G. Hester | 1.60 hrs. | |
| 07/23/14 | Telephone conference and emails with R. Bernstein regarding wind down budget | | |
| | E.G. Hester | 0.30 hrs. | |
| 07/23/14 | Review new draft wind down budget | | |
| | E.G. Hester | 0.20 hrs. | |
| 07/23/14 | Conference call with R. Bernstein, D. Hayes, PBGC and S. Roski regarding updated wind down budget | | |
| | E.G. Hester | 0.20 hrs. | |
| 07/23/14 | Telephone conferences with P. Beran regarding proposed revisions to settlement agreement | | |
| | E.G. Hester | 0.30 hrs. | |
| 07/23/14 | Review revised draft settlement agreement; telephone conference with J. Paget and emails with P. Beran regarding same | | |
| | E.G. Hester | 0.80 hrs. | |
| 07/23/14 | Conference call with J. Paget, T. Brown, K. Neureiter, D. Hayes and R. Bernstein regarding revised draft | | |
| | E.G. Hester | 0.40 hrs. | |
| 07/23/14 | Email P. Beran and L. Tavenner regarding call | | |
| | E.G. Hester | 0.30 hrs. | |
| 07/23/14 | Multiple telephone conferences with P. Beran and R. Bernstein regarding final revisions to settlement agreement | | |
| | E.G. Hester | 0.50 hrs. | |
| 07/24/14 | Telephone conference with P. Beran regarding hearing, settlement and next steps | | |
| | E.G. Hester | 0.40 hrs. | |
| 07/31/14 | Conference with F. Barnick, P. Beran, L. Tavenner and attend hearing regarding settlement agreement | | |
| | E.G. Hester | 1.00 hrs. | |
| 07/31/14 | Conference with F. Barnick, P. Beran and L. Tavenner regarding remaining steps to complete wind up | | |
| | E.G. Hester | 1.00 hrs. | |

A-11

VA NEWSPAPER DEBTOR CO.                                                                November 6, 2014

| | | | |
|---|---|---:|---:|
| **TOTAL FOR LIEN PRIORITY PROCEEDINGS** | | 40.10 | $18,885.00 |

**RES    REAL ESTATE**

| | | | |
|---|---|---:|---:|
| 08/14/14 | Communications with J. McManus, counsel for Wack, re: closing on William Street property | | |
| | A.K. Crenshaw | 0.20 hrs. | |
| 08/21/14 | Review and respond to e-mails regarding leases for William Street building | | |
| | E.G. Hester | 0.10 hrs. | |
| 08/22/14 | Communication with P. Beran, J. Scully and E. Hester regarding transfer of William Street property | | |
| | A.K. Crenshaw | 0.70 hrs. | |
| 08/22/14 | Communication with P. Berman and E. Hester regarding William Street transaction | | |
| | A.K. Crenshaw | 0.10 hrs. | |
| 08/26/14 | E-mails with A. Crenshaw regarding conveyance of William Street property and confusion regarding DSP intent | | |
| | E.G. Hester | 0.20 hrs. | |
| 08/26/14 | Telephone conference with P. Beran regarding William Street property and confusion regarding DSP intent | | |
| | E.G. Hester | 0.10 hrs. | |
| **TOTAL FOR REAL ESTATE** | | **1.40** | **$540.00** |

**REP    REPORTING**

| | | | |
|---|---|---:|---:|
| 07/08/14 | Telephone conference with P. Beran, L. Tavenner, F. Barnick and U.S. Trustee's office regarding status | | |
| | E.G. Hester | 0.50 hrs. | |
| **TOTAL FOR REPORTING** | | **0.50** | **$237.50** |
| | TOTAL FOR SERVICES | | $36,040.50 |

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---:|
| 07/01/14 | Commonwealth of Virginia: Payment of Inv# C001039924 for Certified Articles and Amendments for VA Real Estate Debtor LLC | 5.50 |
| 07/02/14 | Elizabeth G. Hester: Reimbursement for travel to/from Fredericksburg, VA for meeting with N. Cadwallender and F. Barnick/Free Lance-Star Publishing Co. on 06/20/2014 & 06/30/2014 | 134.40 |
| 07/07/14 | Commonwealth of Virginia: Payment for certified copy of articles | 6.50 |
| 07/14/14 | ACTION LOGISTICS: Payment of Inv# 7552 dated 06/29/2014 | 6.50 |
| 07/24/14 | PACER Service Center: Payment of Inv# KC2312-Q22014 dated 07/03/2014 - Pacer Fees | 9.50 |
| 07/30/14 | ACTION LOGISTICS: Payment of Inv# 7658 for Richmond Courier Runs | 6.50 |
| 07/31/14 | Federal Express charges | 77.53 |

VA NEWSPAPER DEBTOR CO.                                                                                         November 6, 2014

| | | | |
|---|---|---|---|
| 07/31/14 | PACER search | | 28.70 |
| 08/31/14 | PACER search | | 13.20 |
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | | $288.33 |

**CURRENT BILLING FOR THIS MATTER**       **$36,328.83**

**TOTAL DUE FOR THIS MATTER**       **$36,328.83**

**BALANCE DUE UPON RECEIPT**

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| E.G. Hester | 61.90 | 475.00 | $29,402.50 |
| R.C. Sparks | 0.20 | 350.00 | 70.00 |
| J.M. Shornak | 0.10 | 185.00 | $18.50 |
| R.Q. Johnson | 10.60 | 225.00 | $2,385.00 |
| T.C. Frank | 0.90 | 350.00 | $315.00 |
| D.T. Lewandowski | 0.10 | 425.00 | $42.50 |
| R.C. Mapp, III | 1.00 | 450.00 | $450.00 |
| A.K. Crenshaw | 9.50 | 350.00 | $3,325.00 |
| L.P. Robertson | 0.20 | 160.00 | $32.00 |
| | 84.50 | | $36,040.50 |

A-13